IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| R. DAVID WOLFE, ) | |
| Plaintiff, ) | Case No. 1:13-cv-00859-SL |
| ) | |
| v. ) | |
| ) | JUDGE SARA LIOI |
| WEISS, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF RELATED CASE

The undersigned defendants respectfully file this Notice to alert the Court of the shareholder class action suit captioned *R. David Wolfe v. Weiss, et al.*, Case No. 1: 12-cv-02776-JG ("*Wolfe I*"), which was dismissed on February 14, 2013 by the Hon. James Gwin. Plaintiff in the captioned action ("*Wolfe II*") is the same plaintiff who brought *Wolfe I*, advanced substantially the same substantive allegations and causes of action, and was represented by many of the same counsel. Although additional defendants have been named in *Wolfe II*, each individual and entity named as a defendant in *Wolfe I* is also named as a defendant here.

Defendants take no position on whether the case should be reassigned as related and file this Notice only to ensure that the Court and both chambers are aware of the potential related nature of the cases before any substantive activity occurs in the pending matter. A similar notice has been filed before Judge Gwin.

| | |
|---|---|
| Dated: June 20, 2013 | Respectfully submitted, |
| s/ Joseph C. Weinstein | s/ Adrienne Ferraro Mueller |
| Joseph C. Weinstein (0023504)<br>E-mail: joe.weinstein@squiresanders.com<br>F. Maximilian Czernin (0087485)<br>E-mail: maximilian.czernin@squiresanders.com<br>SQUIRE SANDERS (US) LLP<br>4900 Key Tower, 127 Public Square<br>Cleveland, OH 44114<br>Telephone: (216) 479-8426<br>Facsimile: (216) 479-8780<br><br>*Attorneys for defendants Scott S. Cowen, Jeffrey D. Dunn, William E. MacDonald III, Michael J. Merriman, Jr., Charles A. Ratner, and Jerry Sue Thornton* | Robert S. Faxon (0059678)<br>E-mail: rfaxon@jonesday.com<br>Adrienne Ferraro Mueller (0076332)<br>E-mail: afmueller@jonesday.com<br>Brett W. Bell (0089168)<br>E-mail: bbell@jonesday.com<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114-1190<br>Telephone: (216) 586-3939<br>Facsimile: (216) 579-0212<br><br>*Attorneys for defendants Elie Weiss, Gary Weiss, Jeffrey Weiss, Judith Weiss, Morry Weiss, Zev Weiss, Irving I. Stone Oversight Trust, Irving Stone Limited Liability Company, and Irving I. Stone Foundation* |
| | s/ Michael J. Montgomery |
| | John D. Parker (0025770)<br>E-mail: jparker@bakerlaw.com<br>Michael J. Montgomery (0070922)<br>E-mail: mmontgomery@bakerlaw.com<br>Karen E. Swanson Haan (0082518)<br>E-mail: kswansonhaan@bakerlaw.com<br>BAKER & HOSTETLER<br>1900 E. 9th Street, Suite 3200<br>Cleveland, Ohio 44114<br>Telephone: (216) 861-6101<br>Facsimile: (216) 696-0740<br><br>*Attorneys for nominal defendant American Greetings Corp.* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 20, 2013, a copy of the foregoing Notice of Related Case was filed electronically with the Court.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

    s/ Adrienne Ferraro Mueller
Adrienne Ferraro Mueller (0076332)
E-mail:  afmueller@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190
Telephone:     (216) 586-3939
Facsimile:     (216) 579-0212

*One of the attorneys for defendants Elie Weiss, Gary Weiss, Jeffrey Weiss, Judith Weiss, Morry Weiss, Zev Weiss, Irving I. Stone Oversight Trust, Irving Stone Limited Liability Company, and Irving I. Stone Foundation*