UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **R. David Wolfe, et al.**, | CASE NO. 1:13-CV-00859 |
| Plaintiff, | JUDGE SARA LIOI |
| vs. | |
| **Morry Weiss, et al.**, | |
| Defendants. | |

## NOTICE OF APPEARANCE

Please take notice that Kenneth G. Prabucki, Esq. of the law firm Baker & Hostetler LLP, 1900 East Ninth Street, Suite 3200, Cleveland, Ohio 44114 hereby enters his appearance as counsel of record for Defendant American Greetings Corporation.

Respectfully submitted,

/s/ *Kenneth G. Prabucki*
John D. Parker (0025770)
Michael J. Montgomery (0070922)
Kenneth G. Prabucki (0086889)
Baker & Hostetler LLP
3200 National City Center
1900 East Ninth Street
Cleveland, Ohio  44114-3485
Telephone: 216.621.0200
Facsimile: 216.696.0740
jparker@bakerlaw.com
mmontgomery@bakerlaw.com
kprabucki@bakerlaw.com

*Attorneys for American Greetings Corporation*

## CERTIFICATE OF SERVICE

  I hereby certify that on June 26, 2013, a copy of the foregoing *Notice of Appearance* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Kenneth G. Prabucki*
Kenneth G. Prabucki (0086889)

*Attorney for American Greetings Corporation*