UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| R. David Wolfe, on behalf of himself and all others similarly situated,<br><br>                  Plaintiff,<br><br>    vs.<br><br>Morry Weiss, et al.,<br><br>                  Defendants. | CASE NO. 1:13-CV-00859<br><br>JUDGE SARA LIOI |

**DEFENDANT AMERICAN GREETINGS CORPORATION'S MOTION TO DISMISS**

Pursuant to Rules 12(b)(6) and 23.1 of the Federal Rules of Civil Procedure, Defendant American Greetings Corporation ("American Greetings") moves the Court to dismiss this purported class action. American Greetings does so for the reasons set forth in the Memorandum in Support filed with this Motion.[1]

---

[1] The other defendants in this action have filed their own motions to dismiss. American Greetings incorporates the grounds and arguments set forth in those motions, and supporting memoranda, to the extent applicable to this action as a whole.

Dated: July 8, 2013                                Respectfully submitted,

                                                                        /s/ Michael J. Montgomery
                                                                        John D. Parker (0025770)
                                                                        Michael J. Montgomery (0070922)
                                                                        Kenneth G. Prabucki (0086889)
                                                                        Baker & Hostetler LLP
                                                                        3200 National City Center
                                                                        1900 East Ninth Street
                                                                        Cleveland, Ohio 44114-3485
                                                                        Telephone: 216.621.0200
                                                                        Facsimile: 216.696.0740
                                                                        jparker@bakerlaw.com
                                                                        mmontgomery@bakerlaw.com
                                                                        kprabucki@bakerlaw.com

                                                                        *Attorneys for American Greetings Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2013, a copy of the foregoing *Defendant American Greetings Corporation's Motion to Dismiss* was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Kenneth Prabucki
Kenneth G. Prabucki (0086889)

*Attorney for American Greetings Corporation*