# **EXHIBIT A**

Print

# CASE INFORMATION

## CV-12-794541 NEW YORK HOTEL TRADES COUNCIL & HOTEL ASSOC. ETC. vs. ZEV WEISS ET AL

**Summary**

| | |
|---|---|
| Case Number: | CV-12-792421 |
| Case Title: | NEW YORK HOTEL TRADES COUNCIL & HOTEL ASSOC. ETC. vs. ZEV WEISS ET AL |
| Case Designation: | MISCELLANEOUS - OTHER |
| Filing Date: | 10/29/2012 |
| Judge: | RICHARD J MCMONAGLE |
| Magistrate: | N/A |
| Room: | 16D JUSTICE CENTER |
| Next Action: | HEARING on 07/11/2013 at 01:30 PM |
| File Location: | JUDGES FILE |
| Last Status: | ACTIVE |
| Last Status Date: | 10/29/2012 |
| Last Disposition: | RE-ASSIGNED |
| Last Disposition Date: | 11/16/2012 |
| Prayer Amount: | $.00 |

**Service**

| Party Role | Name | Service | Date | Response | Date |
|---|---|---|---|---|---|
| P(1) | NEW YORK HOTEL TRADES COUNCIL AND HOTEL ASSOCIATION OF NEW YORK CITY, INC. PENSION FUND INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | N/A | | | |
| D(1) | ZEV WEISS | SUMS COMPLAINT SPECIAL PROCESS SERVER | 11/07/2012 | COMP ON OTHER | 11/08/2012 |
| D(1) | ZEV WEISS | SUMS COMPLAINT CERTIFIED MAIL | 11/13/2012 | COMP ON OTHER | 11/15/2012 |
| D(2) | JEFFREY M WEISS | SUMS COMPLAINT SPECIAL PROCESS SERVER | 11/07/2012 | COMP ON OTHER | 11/12/2012 |
| D(2) | JEFFREY M WEISS | SUMS COMPLAINT CERTIFIED MAIL | 11/13/2012 | COMP ON OTHER | 11/23/2012 |

| | | | | | |
|---|---|---|---|---|---|
| D(3) | MORRY WEISS | SUMS COMPLAINT SPECIAL PROCESS SERVER | 11/07/2012 | DID NOT SERVE NO REASON | 11/28/2012 |
| D(3) | MORRY WEISS | SUMS COMPLAINT CERTIFIED MAIL | 11/13/2012 | NOT DELIVRBL AS ADDR | 12/10/2012 |
| D(3) | MORRY WEISS | SUMS COMPLAINT CERTIFIED MAIL | 12/11/2012 | COMP ON OTHER | 12/18/2012 |
| D(4) | WILLIAM E MACDONALD | SUMS COMPLAINT SPECIAL PROCESS SERVER | 11/07/2012 | DID NOT SERVE NO REASON | 11/28/2012 |
| D(4) | WILLIAM E MACDONALD | SUMS COMPLAINT CERTIFIED MAIL | 11/13/2012 | NO REASON INDICATED | 12/12/2012 |
| D(4) | WILLIAM E MACDONALD | SUMS COMPLAINT CERTIFIED MAIL | 12/05/2012 | COMP ON OTHER | 12/06/2012 |
| D(5) | SCOTT S COWEN | SUMS COMPLAINT SPECIAL PROCESS SERVER | 11/07/2012 | DID NOT SERVE NO REASON | 11/28/2012 |
| D(5) | SCOTT S COWEN | SUMS COMPLAINT CERTIFIED MAIL | 11/13/2012 | NOT DELIVRBL AS ADDR | 12/17/2012 |
| D(5) | SCOTT S COWEN | SUMS COMPLAINT CERTIFIED MAIL | 12/17/2012 | COMP ON OTHER | 12/24/2012 |
| D(6) | JEFFREY D DUNN | SUMS COMPLAINT CERTIFIED MAIL | 11/13/2012 | COMP ON OTHER | 11/16/2012 |
| D(7) | MICHAEL J MEERRIMAN | SUMS COMPLAINT SPECIAL PROCESS SERVER | 11/07/2012 | COMP ON OTHER | 11/09/2012 |
| D(7) | MICHAEL J MEERRIMAN | SUMS COMPLAINT CERTIFIED MAIL | 11/13/2012 | COMP ON OTHER | 11/13/2012 |
| D(8) | CHARLES A RATNER | SUMS COMPLAINT SPECIAL PROCESS SERVER | 11/07/2012 | COMP ON OTHER | 11/08/2012 |
| D(8) | CHARLES A RATNER | SUMS COMPLAINT CERTIFIED MAIL | 11/13/2012 | UNABLE TO FORWARD | 01/07/2013 |
| D(9) | JERRY SUE THORNTON | SUMS COMPLAINT SPECIAL PROCESS SERVER | 11/07/2012 | COMP ON OTHER | 11/09/2012 |

| | | | | | |
|---|---|---|---|---|---|
| D(9) | JERRY SUE THORNTON | SUMS COMPLAINT CERTIFIED MAIL | 11/13/2012 | COMP ON OTHER | 11/26/2012 |
| D(10) | AMERICAN GREETINGS CORPORATION | SUMS COMPLAINT SPECIAL PROCESS SERVER | 11/07/2012 | COMP ON OTHER | 11/09/2012 |
| D(10) | AMERICAN GREETINGS CORPORATION | SUMS COMPLAINT CERTIFIED MAIL | 11/13/2012 | COMP ON OTHER | 11/14/2012 |

## Case Parties

**PLAINTIFF (1)** NEW YORK HOTEL TRADES COUNCIL AND HOTEL ASSOCIATION OF NEW YORK CITY, INC. PENSION FUND INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED
526 SUPERIOR AVE., EAST #800
CLEVELAND, OH 44114-0000

**ATTORNEY** ROBERT J ROTATORI (0003346)
526 SUPERIOR AVE,E. #800
CLEVELAND, OH 44114-0000
Ph: 216-928-1010
Answer Filed: N/A

**ATTORNEY** RICHARD L STOPER (0015208)
800 LEADER BLDG
526 SUPERIOR AVENUE EAST
CLEVELAND, OH 44114-0000
Ph: 216-928-1010
Answer Filed: N/A

**ATTORNEY** MICHAEL J. BARRY (9004504)
123 JUSTISON STREET
WILMINGTON, DE 19801-0000
Ph: 302-622-7000
Answer Filed: N/A

**ATTORNEY** RICHARD A. SPEIRS (9004561)
%COHEN MILSTEIN SELLERS & TOLL PLLC
88 PINE STREET, 14TH FLOOR
NEW YORK, NY 10005-0000
Ph: 212-838-7797
Answer Filed: N/A

**ATTORNEY** PHILLIP A CIANO (0066134)
1610 MIDLAND BUILDING
101 PROSPECT AVENUE, WEST
CLEVELAND, OH 44115-0000
Ph: 216-658-9900
Answer Filed: N/A

**ATTORNEY** CHRISTOPHER LOMETTI (9004560)
%COHEN MILSTEIN SELLERS & TOLL PLLC
88 PINE STREET, 14TH FLOOR
NEW YORK, NY 10005-0000
Ph: 212-838-7797
Answer Filed: N/A

**ATTORNEY** DANIEL REHNS (9004555)

|  |  |
|---|---|
|  | 88 PINE STREET<br>14TH FLOOR<br>NEW YORK, NY 10005-0000<br>Ph: 212-838-7797<br>Answer Filed: N/A |
| **DEFENDANT (1)** ZEV WEISS<br>2420 BUCKHURST DRIVE<br>BEACHWOOD, OH 44122-0000 |  |
| **DEFENDANT (2)** JEFFREY M WEISS<br>23501 RANCH ROAD<br>BEECHWOOD, OH 44122-0000 |  |
| **DEFENDANT (3)** MORRY WEISS<br>3164 MIRO DRIVE N<br>PALM BEACH GARDENS, FL 33410-0000 |  |
| **DEFENDANT (4)** WILLIAM E MACDONALD III<br>13705 SHAKER BLVD 8B<br>CLEVELAND, OH 44120-0000 |  |
| **DEFENDANT (5)** SCOTT S COWEN<br>2 AUDUBON PLACE<br>APT 801<br>NEW ORLEANS, LA 70118-0000 |  |
| **DEFENDANT (6)** JEFFREY D DUNN<br>65 COMMONWEALTH AVENUE, 3A<br>BOSTON, MA 02166-0000 |  |
| **DEFENDANT (7)** MICHAEL J MEERRIMAN JR<br>16361 MISTY LAKE GLEN<br>CHAGRIN FALLS, OH 44023-0000 |  |
| **DEFENDANT (8)** CHARLES A RATNER<br>16980 S PARK BOULEVARD<br>CLEVELAND, OH 44120-0000 |  |
| **DEFENDANT (9)** JERRY SUE THORNTON<br>40 FAIRWAY TRAIL<br>CHAGRIN FALLS, OH 44022-0000 |  |
| **DEFENDANT (10)** AMERICAN GREETINGS CORPORATION<br>ONE AMERICAN ROAD<br>CLEVELAND, OH 44144-0000 | **ATTORNEY** KENNETH G PRABUCKI<br>(0086889)<br>3200 NATIONAL CITY CENTER<br>1900 EAST NINTH STREET<br>CLEVELAND, OH 44114-0000<br>Ph: 216-621-0200<br>Answer Filed: N/A |

**Docket Information**

| Filing Date | Side | Type | Description | Image |
|---|---|---|---|---|
| 06/14/2013 | N/A | JE | HEARING SET FOR 07/11/2013 AT 01:30 PM. NOTICE ISSUED |  |
| 06/13/2013 | D10 | MO | D10 AMERICAN GREETINGS CORPORATION MOTION TO DISMISS THE CONSOLDATED CLASS ACTION COMPLAINT KENNETH G PRABUCKI 0086889 |  |
| 05/24/2013 | N/A | JE | PRE-TRIAL SET FOR 06/13/2013 AT 10:00 AM. NOTICE ISSUED |  |
| 05/02/2013 | N/A | JE | P1 NEW YORK HOTEL TRADES COUNCIL AND HOTEL ASSOCIATION OF NEW YORK MOTION FOR PERMISSION TO APPEAR PRO HAC VICE DANIEL REHNS 9004555, FILED 04/26/2013, IS GRANTED. NOTICE ISSUED |  |

| Date | Party | Type | Description |
|---|---|---|---|
| 04/30/2013 | P1 | CO | P1 NEW YORK HOTEL TRADES COUNCIL AND HOTEL ASSOCIATION OF NEW YORK CONSOLIDATED CLASS ACTION COMPLAINT. WITH JURY DEMAND PHILLIP A CIANO 0066134 |
| 04/26/2013 | P1 | MO | P1 NEW YORK HOTEL TRADES COUNCIL AND HOTEL ASSOCIATION OF NEW YORK MOTION FOR PERMISSION TO APPEAR PRO HAC VICE DANIEL REHNS 9004555 05/02/2013 - GRANTED |
| 04/19/2013 | P1 | OT | KEYBANC CAPITAL MARKETS SERVED APRIL 18, 2013 UPON KRISTI BEDZYK. SEE PRIMARY CASE NO CV 792421 |
| 03/27/2013 | N/A | JE | P1 NEW YORK HOTEL TRADES COUNCIL AND HOTEL ASSOCIATION OF NEW YORK MOTION FOR PERMISSION TO APPEAR PRO HAC VICE ROBERT J ROTATORI 0003346, FILED 03/22/2013, IS GRANTED. P1 NEW YORK HOTEL TRADES COUNCIL AND HOTEL ASSOCIATION OF NEW YORK MOTION FOR PERMISSION TO APPEAR PRO HAC VICE ROBERT J ROTATORI 0003346, FILED 03/22/2013, IS GRANTED. NOTICE ISSUED |
| 03/22/2013 | P1 | MO | P1 NEW YORK HOTEL TRADES COUNCIL AND HOTEL ASSOCIATION OF NEW YORK MOTION FOR PERMISSION TO APPEAR PRO HAC VICE ROBERT J ROTATORI 0003346 03/27/2013 - GRANTED |
| 03/22/2013 | P1 | MO | P1 NEW YORK HOTEL TRADES COUNCIL AND HOTEL ASSOCIATION OF NEW YORK MOTION FOR PERMISSION TO APPEAR PRO HAC VICE ROBERT J ROTATORI 0003346 03/27/2013 - GRANTED |
| 02/05/2013 | N/A | JE | ROBBINS GELLER, ATTORNEY FOR PLTF MTN FOR PERMISSION TO APPEAR PRO HAC VICE ... FILED, FILED 12/10/2012, IS GRANTED. NOTICE ISSUED |
| 01/08/2013 | D8 | SR | CERTIFIED MAIL RECEIPT NO. 20379976 RETURNED 01/07/2013 FAILURE OF SERVICE ON DEFENDANT RATNER/CHARLES/A - UNABLE TO FORWARD NOTICE MAILED TO PLAINTIFF(S) ATTORNEY |
| 12/31/2012 | N/A | JE | P1 NEW YORK HOTEL TRADES COUNCIL AND HOTEL ASSOCIATION OF NEW YORK MOTION FOR PERMISSION TO APPEAR PRO HAC VICE IS GRANTED. NOTICE ISSUED |
| 12/27/2012 | D5 | SR | CERTIFIED MAIL RECEIPT NO. 20595828 RETURNED BY U.S. MAIL DEPARTMENT 12/27/2012 COWEN/SCOTT/S MAIL RECEIVED AT ADDRESS 12/24/2012 SIGNED BY OTHER. |
| 12/26/2012 | D3 | SR | CERTIFIED MAIL RECEIPT NO. 20554494 RETURNED BY U.S. MAIL DEPARTMENT 12/24/2012 WEISS/MORRY/ MAIL RECEIVED AT ADDRESS 12/18/2012 SIGNED BY OTHER. |
| 12/17/2012 | D5 | SR | CERTIFIED MAIL RECEIPT NO. 20379973 RETURNED 12/17/2012 FAILURE OF SERVICE ON DEFENDANT COWEN/SCOTT/S - NOT DELIVRBL AS ADDR NOTICE MAILED TO PLAINTIFF(S) ATTORNEY |
| 12/17/2012 | D5 | SR | SUMS COMPLAINT(20595828) SENT BY CERTIFIED MAIL. TO: SCOTT S COWEN 2 AUDUBON PLACE APT 801 NEW ORLEANS, LA 70118-0000 |
| 12/13/2012 | D5 | CS | WRIT FEE |
| 12/12/2012 | D5 | SR | INSTRUCTION FOR SERVICE ON COMPLAINT SENT BY CERTIFIED MAIL TO SCOTT COWEN FILED. |
| 12/12/2012 | D4 | SR | CERTIFIED MAIL RECEIPT NO. 20379972 RETURNED 12/12/2012 FAILURE OF SERVICE ON DEFENDANT MACDONALD III/WILLIAM/E - NO REASON INDICATED NOTICE MAILED TO PLAINTIFF(S) ATTORNEY |
| 12/11/2012 | D3 | SR | SUMS COMPLAINT(20554494) SENT BY CERTIFIED MAIL. TO: MORRY WEISS 3164 MIRO DRIVE N PALM BEACH GARDENS, FL 33410-0000 |
| 12/10/2012 | D4 | SR | CERTIFIED MAIL RECEIPT NO. 20527847 RETURNED BY U.S. MAIL DEPARTMENT 12/10/2012 MACDONALD III/WILLIAM/E MAIL RECEIVED AT ADDRESS 12/06/2012 SIGNED BY OTHER. |
| 12/10/2012 | D3 | SR | CERTIFIED MAIL RECEIPT NO. 20379971 RETURNED 12/10/2012 FAILURE OF SERVICE ON DEFENDANT WEISS/MORRY/ - NOT DELIVRBL AS ADDR NOTICE MAILED TO PLAINTIFF(S) ATTORNEY |
| 12/07/2012 | D3 | CS | WRIT FEE |
| 12/05/2012 | D3 | SR | INSTRUCTION FOR SERVICE ON COMPLAINT SENT BY CERTIFIED MAIL TO MORRY WEISS FILED. |

| Date | Party | Type | Description |
|---|---|---|---|
| 12/05/2012 | D4 | SR | SUMS COMPLAINT(20527847) SENT BY CERTIFIED MAIL. TO: WILLIAM E MACDONALD III 13705 SHAKER BLVD 8B CLEVELAND, OH 44120-0000 |
| 12/04/2012 | P1 | MO | P1 NEW YORK HOTEL TRADES COUNCIL AND HOTEL ASSOCIATION OF NEW YORK MOTION FOR PERMISSION TO APPEAR PRO HAC VICE RICHARD L STOPER 0015208 12/31/2012 - GRANTED |
| 12/03/2012 | D4 | CS | WRIT FEE |
| 12/03/2012 | N/A | JE | P1 NEW YORK HOTEL TRADES COUNCIL AND HOTEL ASSOCIATION OF NEW YORK MOTION FOR PERMISSION TO APPEAR PRO HAC VICE ROBERT J ROTATORI 0003346, FILED 11/15/2012, IS GRANTED. NOTICE ISSUED |
| 11/29/2012 | D4 | SR | INSTRUCTION FOR SERVICE ON COMPLAINT SENT BY CERTIFIED MAIL TO WILLIAM MACDONALD III FILED. |
| 11/28/2012 | D1 | SR | 20408002 ON 11/08/2012 I SERVED THE WITHIN NAMED WEISS/ZEV/ BY SERVING A TRUE AND CERTIFIED COPY THEREOF WITH ALL THE ENDORSEMENTS THEREON. S.P.S. |
| 11/28/2012 | D8 | SR | 20407896 ON 11/08/2012 I SERVED THE WITHIN NAMED RATNER/CHARLES/A BY SERVING A TRUE AND CERTIFIED COPY THEREOF WITH ALL THE ENDORSEMENTS THEREON. S.P.S. |
| 11/28/2012 | D10 | SR | 20407189 ON 11/09/2012 I SERVED THE WITHIN NAMED AMERICAN GREETINGS CORPORATION BY SERVING A TRUE AND CERTIFIED COPY THEREOF WITH ALL THE ENDORSEMENTS THEREON. S.P.S. |
| 11/28/2012 | D9 | SR | 20407814 ON 11/09/2012 I SERVED THE WITHIN NAMED THORNTON/JERRY/SUE BY SERVING A TRUE AND CERTIFIED COPY THEREOF WITH ALL THE ENDORSEMENTS THEREON. S.P.S. |
| 11/28/2012 | D7 | SR | 20407841 ON 11/09/2012 I SERVED THE WITHIN NAMED MEERRIMAN JR/MICHAEL/J BY SERVING A TRUE AND CERTIFIED COPY THEREOF WITH ALL THE ENDORSEMENTS THEREON. S.P.S. |
| 11/28/2012 | D2 | SR | 20407972 ON 11/12/2012 I SERVED THE WITHIN NAMED WEISS/JEFFREY/M BY SERVING A TRUE AND CERTIFIED COPY THEREOF WITH ALL THE ENDORSEMENTS THEREON. S.P.S. |
| 11/28/2012 | D3 | SR | 20407715 ON 11/24/2012 THE WITHIN NAMED WEISS/MORRY/ WAS NOT SERVED. FAILURE OF SERVICE BY S.P.S. DUE TO DID NOT SERVE NO REASON |
| 11/28/2012 | D5 | SR | 20407785 ON 11/24/2012 THE WITHIN NAMED COWEN/SCOTT/S WAS NOT SERVED. FAILURE OF SERVICE BY S.P.S. DUE TO DID NOT SERVE NO REASON |
| 11/28/2012 | D4 | SR | 20407755 ON 11/24/2012 THE WITHIN NAMED MACDONALD III/WILLIAM/E WAS NOT SERVED. FAILURE OF SERVICE BY S.P.S. DUE TO DID NOT SERVE NO REASON |
| 11/27/2012 | D9 | SR | CERTIFIED MAIL RECEIPT NO. 20379977 RETURNED BY U.S. MAIL DEPARTMENT 11/27/2012 THORNTON/JERRY/SUE MAIL RECEIVED AT ADDRESS 11/26/2012 SIGNED BY OTHER. |
| 11/27/2012 | D2 | SR | CERTIFIED MAIL RECEIPT NO. 20379970 RETURNED BY U.S. MAIL DEPARTMENT 11/26/2012 WEISS/JEFFREY/M MAIL RECEIVED AT ADDRESS 11/23/2012 SIGNED BY OTHER. |
| 11/20/2012 | D6 | SR | CERTIFIED MAIL RECEIPT NO. 20379974 RETURNED BY U.S. MAIL DEPARTMENT 11/20/2012 DUNN/JEFFREY/D MAIL RECEIVED AT ADDRESS 11/16/2012 SIGNED BY OTHER. |
| 11/19/2012 | D1 | SR | CERTIFIED MAIL RECEIPT NO. 20379969 RETURNED BY U.S. MAIL DEPARTMENT 11/19/2012 WEISS/ZEV/ MAIL RECEIVED AT ADDRESS 11/15/2012 SIGNED BY OTHER. |
| 11/16/2012 | D7 | SR | CERTIFIED MAIL RECEIPT NO. 20379975 RETURNED BY U.S. MAIL DEPARTMENT 11/16/2012 MEERRIMAN JR/MICHAEL/J MAIL RECEIVED AT ADDRESS 11/13/2012 SIGNED BY OTHER. |
| 11/16/2012 | N/A | OT | NOTICE OF APPEARANCE OF COUNSEL FOR PLTF. NEW YORK HOTEL TRADES COUNSEL AND HOTEL ASSOCIATION OF NEW YORK , INC. PENSION FUND. ROBERT J. ROTATORI (0003346), RICHARD L. STOPER JR. (0015208). |

| Date | Party | Type | Description |
|---|---|---|---|
| 11/16/2012 | N/A | JE | THE CAPTIONED CASE IS HEREBY TRANSFERRED TO THE DOCKET OF JUDGE RICHARD J MCMONAGLE(046) FOR CONSOLIDATION WITH CASE NO. CV-12-792421. NOTICE ISSUED |
| 11/15/2012 | D10 | SR | CERTIFIED MAIL RECEIPT NO. 20379978 RETURNED BY U.S. MAIL DEPARTMENT 11/15/2012 AMERICAN GREETINGS CORPORATION MAIL RECEIVED AT ADDRESS 11/14/2012 SIGNED BY OTHER. |
| 11/15/2012 | P1 | MO | P1 NEW YORK HOTEL TRADES COUNCIL AND HOTEL ASSOCIATION OF NEW YORK MOTION FOR PERMISSION TO APPEAR PRO HAC VICE ROBERT J ROTATORI 0003346 12/03/2012 - GRANTED |
| 11/13/2012 | D3 | SR | SUMS COMPLAINT(20379971) SENT BY CERTIFIED MAIL. TO: MORRY WEISS 4500 UNIVERSITY PARKWAY UNIVERSITY HTS, OH 44118-0000 |
| 11/13/2012 | D10 | SR | SUMS COMPLAINT(20379978) SENT BY CERTIFIED MAIL. TO: AMERICAN GREETINGS CORPORATION ONE AMERICAN ROAD CLEVELAND, OH 44144-0000 |
| 11/13/2012 | D2 | SR | SUMS COMPLAINT(20379970) SENT BY CERTIFIED MAIL. TO: JEFFREY M WEISS 23501 RANCH ROAD BEECHWOOD, OH 44122-0000 |
| 11/13/2012 | D9 | SR | SUMS COMPLAINT(20379977) SENT BY CERTIFIED MAIL. TO: JERRY SUE THORNTON 40 FAIRWAY TRAIL CHAGRIN FALLS, OH 44022-0000 |
| 11/13/2012 | D8 | SR | SUMS COMPLAINT(20379976) SENT BY CERTIFIED MAIL. TO: CHARLES A RATNER 16980 S PARK BOULEVARD CLEVELAND, OH 44120-0000 |
| 11/13/2012 | D6 | SR | SUMS COMPLAINT(20379974) SENT BY CERTIFIED MAIL. TO: JEFFREY D DUNN 65 COMMONWEALTH AVENUE, 3A BOSTON, MA 02166-0000 |
| 11/13/2012 | D5 | SR | SUMS COMPLAINT(20379973) SENT BY CERTIFIED MAIL. TO: SCOTT S COWEN 3330 WARRENSVILLE CENTER ROAD SHAKER HTS, OH 44122-0000 |
| 11/13/2012 | D1 | SR | SUMS COMPLAINT(20379969) SENT BY CERTIFIED MAIL. TO: ZEV WEISS 2420 BUCKHURST DRIVE BEACHWOOD, OH 44122-0000 |
| 11/13/2012 | D7 | SR | SUMS COMPLAINT(20379975) SENT BY CERTIFIED MAIL. TO: MICHAEL J MEERRIMAN JR 16361 MISTY LAKE GLEN CHAGRIN FALLS, OH 44023-0000 |
| 11/13/2012 | D4 | SR | SUMS COMPLAINT(20379972) SENT BY CERTIFIED MAIL. TO: WILLIAM E MACDONALD III 2731 CHESTERON RD SHAKER HTS, OH 44122-0000 |
| 11/09/2012 | P | OT | PLTF'S DOLORES CARTER, MARK HASSETT AND HILLARY COYNES' OPPOSITION TO BREIF IN SUPPORT OF PLTF. NEW YORK HOTEL TRADES COUNCIL AND HOTEL ASSN., OF NEW YORK CITY, INC., PENSION FUND'S MOTION TO CONSOLIDATE AND APPOINT COLEAD COUNSEL AND IN OPPOSITIONO TO THE MOTIONS FOR APPOINTMENT OF LEAD COUNSEL OF PLTF. DOLORES CARTER, MARK HASSETT AND HILARY COYNE, AND PLTF. IBEW LOC. 98 PENSION FUND ..... JOSHUA R. COHEN 0032368 |
| 11/07/2012 | D7 | SR | SUMS COMPLAINT(20407841) SENT BY SPECIAL PROCESS SERVER. TO: MICHAEL J MEERRIMAN JR 16361 MISTY LAKE GLEN CHAGRIN FALLS, OH 44023-0000 |
| 11/07/2012 | D9 | SR | SUMS COMPLAINT(20407814) SENT BY SPECIAL PROCESS SERVER. TO: JERRY SUE THORNTON 40 FAIRWAY TRAIL CHAGRIN FALLS, OH 44022-0000 |
| 11/07/2012 | D5 | SR | SUMS COMPLAINT(20407785) SENT BY SPECIAL PROCESS SERVER. TO: SCOTT S COWEN 3330 WARRENSVILLE CENTER ROAD SHAKER HTS, OH 44122-0000 |
| 11/07/2012 | D4 | SR | SUMS COMPLAINT(20407755) SENT BY SPECIAL PROCESS SERVER. TO: WILLIAM E MACDONALD III 2731 CHESTERON RD SHAKER HTS, OH 44122-0000 |
| 11/07/2012 | D3 | SR | SUMS COMPLAINT(20407715) SENT BY SPECIAL PROCESS SERVER. TO: MORRY WEISS 4500 UNIVERSITY PARKWAY UNIVERSITY HTS, OH 44118-0000 |
| 11/07/2012 | D10 | SR | SUMS COMPLAINT(20407189) SENT BY SPECIAL PROCESS SERVER. TO: AMERICAN GREETINGS CORPORATION ONE AMERICAN ROAD CLEVELAND, OH 44144-0000 |

| Date | Party | Type | Description |
|---|---|---|---|
| 11/07/2012 | D1 | SR | SUMS COMPLAINT(20408002) SENT BY SPECIAL PROCESS SERVER. TO: ZEV WEISS 2420 BUCKHURST DRIVE BEACHWOOD, OH 44122-0000 |
| 11/07/2012 | D2 | SR | SUMS COMPLAINT(20407972) SENT BY SPECIAL PROCESS SERVER. TO: JEFFREY M WEISS 23501 RANCH ROAD BEECHWOOD, OH 44122-0000 |
| 11/07/2012 | D8 | SR | SUMS COMPLAINT(20407896) SENT BY SPECIAL PROCESS SERVER. TO: CHARLES A RATNER 16980 S PARK BOULEVARD CLEVELAND, OH 44120-0000 |
| 11/07/2012 | D1 | CS | WRIT FEE |
| 11/07/2012 | D2 | CS | WRIT FEE |
| 11/07/2012 | D8 | CS | WRIT FEE |
| 11/07/2012 | D7 | CS | WRIT FEE |
| 11/07/2012 | D9 | CS | WRIT FEE |
| 11/07/2012 | D5 | CS | WRIT FEE |
| 11/07/2012 | D4 | CS | WRIT FEE |
| 11/07/2012 | D3 | CS | WRIT FEE |
| 11/07/2012 | D10 | CS | WRIT FEE |
| 11/07/2012 | P1 | BR | BRIEF IN SUPPORT OF PLTF NEW YORK HOTEL TRADES COUNCIL AND HOTEL ASSOC.OF NEW YORK CITY, INC. PENSION FUND'S MOTION TO CONSOLIDATE AND APPOINT CO-LEAD COUNSEL AND IN OPPOSITION TO THE MOTIONS FOR APPOINTMENT OF PLTFS DOLORES CARTER, MARK ASSETT AND HILARY COYNE, AND PLTF IBEW LOCAL 98 PENSION FUND. ROBERT J ROTATORI 0003346 |
| 11/05/2012 | D1 | SR | INSTRUCTION FOR SERVICE ON COMPLAINT VIA SPECIAL PROCESS SERVER TO ZEV WEISS. FILED. |
| 11/05/2012 | D2 | SR | INSTRUCTION FOR SERVICE ON COMPLAINT VIA SPECIAL PROCESS SERVER TO JEFFREY M. WEISS. FILED. |
| 11/05/2012 | D8 | SR | INSTRUCTION FOR SERVICE ON COMPLAINT VIA SPECIAL PROCESS SERVER TO CHARLES A. RATNER. FILED. |
| 11/05/2012 | D7 | SR | INSTRUCTION FOR SERVICE ON COMPLAINT VIA SPECIAL PROCESS SERVER TO MICHAEL J. MEERRIMAN JR. FILED. |
| 11/05/2012 | D9 | SR | INSTRUCTION FOR SERVICE ON COMPLAINT VIA SPECIAL PROCESS SERVER TO JERRY SUE THORNTON. FILED. |
| 11/05/2012 | D5 | SR | INSTRUCTION FOR SERVICE ON COMPLAINT VIA SPECIAL PROCESS SERVER TO SCOTT S. COWEN. FILED. |
| 11/05/2012 | D4 | SR | INSTRUCTION FOR SERVICE ON COMPLAINT VIA SPECIAL PROCESS SERVER TO WILLIAM E. MACDONALD III. FILED. |
| 11/05/2012 | D3 | SR | INSTRUCTION FOR SERVICE ON COMPLAINT VIA SPECIAL PROCESS SERVER TO MORRY WEISS. FILED. |
| 11/05/2012 | D10 | SR | INSTRUCTION FOR SERVICE ON COMPLAINT WITH JURY DEMAND VIA SPECIAL PROCESS SERVER TO AMERICAN GREETINGS CORPORATION. FILED. |
| 11/02/2012 | D10 | CS | WRIT FEE |
| 11/02/2012 | D9 | CS | WRIT FEE |
| 11/02/2012 | D8 | CS | WRIT FEE |
| 11/02/2012 | D7 | CS | WRIT FEE |
| 11/02/2012 | D6 | CS | WRIT FEE |
| 11/02/2012 | D5 | CS | WRIT FEE |
| 11/02/2012 | D4 | CS | WRIT FEE |
| 11/02/2012 | D3 | CS | WRIT FEE |
| 11/02/2012 | D2 | CS | WRIT FEE |
| 11/02/2012 | D1 | CS | WRIT FEE |
| 10/29/2012 | N/A | SF | JUDGE TIMOTHY MCCORMICK ASSIGNED (RANDOM) |
| 10/29/2012 | P1 | SF | ADDITIONAL DEPOSIT FOR SERVICE, OVER 10 DEFENDANTS $50 |
| 10/29/2012 | P1 | SF | LEGAL RESEARCH |
| 10/29/2012 | P1 | SF | LEGAL NEWS |
| 10/29/2012 | P1 | SF | LEGAL AID |

| | | | |
|---|---|---|---|
| 10/29/2012 | P1 | SF | COURT SPECIAL PROJECTS FUND |
| 10/29/2012 | P1 | SF | COMPUTER FEE |
| 10/29/2012 | P1 | SF | CLERK'S FEE |
| 10/29/2012 | P1 | SF | DEPOSIT AMOUNT PAID ROTATORI BENDER GRAGEL |
| 10/29/2012 | P1 | SF | DEPOSIT AMOUNT PAID ROTATORI BENDER GRAGEL |
| 10/29/2012 | N/A | SF | CASE FILED |
| 10/29/2012 | P1 | SR | COMPLAINT WITH JURY DEMAND FILED. SERVICE REQUEST - SUMMONS BY CERTIFIED MAIL TO THE DEFENDANT(S). |

**Costs**

| Account | Amount |
|---|---|
| CLERK'S FEES | $389.26 |
| COMPUTER FEES | $10.00 |
| COURT SPECIAL PROJECTS FUND | $50.00 |
| LEGAL AID | $25.74 |
| LEGAL NEWS | $10.00 |
| LEGAL RESEARCH - CIVIL | $3.00 |
| TOTAL COST | $488.00 |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.

For questions/comments please click here.

Copyright © 2013 PROWARE. All Rights Reserved. 1.0.60