IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| R. DAVID WOLFE, | ) | |
|       Plaintiff, | ) | Case No. 1:13-cv-00859-SL |
| | ) | |
| v. | ) | |
| | ) | |
| WEISS, et al., | ) | JUDGE SARA LIOI |
| | ) | |
|       Defendants. | ) | |

## WEISS DEFENDANTS' MOTION TO DISMISS OR TO STAY

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, defendants Elie Weiss, Gary Weiss, Jeffrey Weiss, Judith Weiss, Morry Weiss, Zev Weiss, Irving I. Stone Limited Liability Company, Irving I. Stone Oversight Trust, and Irving I. Stone Foundation (the "Weiss Defendants"), through their undersigned counsel, hereby move to dismiss or stay the Verified Amended Derivative and Class Action Complaint (the "Complaint").

In support of this Motion, the Weiss Defendants submit the accompanying Memorandum of Law, the Declaration of Brett W. Bell, and the exhibits attached thereto. The Weiss Defendants also incorporate by reference (as specifically set forth in the Memorandum of Law) the arguments advanced by codefendants American Greetings Corporation and the Independent Director Defendants in their companion Motions to Dismiss.

For all the reasons set forth in the accompanying brief, the Weiss Defendants respectfully request that this Court dismiss (or stay) the captioned action.

CLI-2123402v2

Dated: July 8, 2013 Respectfully submitted,

<u>s/ Robert S. Faxon</u>
Robert S. Faxon
(Ohio Bar Registration No. 0059678)
E-mail:  rfaxon@jonesday.com
Adrienne Ferraro Mueller
(Ohio Bar Registration No. 0076332)
E-mail:  afmueller@jonesday.com
Brett W. Bell
(Ohio Bar Registration No. 0089168)
E-mail: bbell@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190
Telephone:     (216) 586-3939
Facsimile:     (216) 579-0212

*Attorneys for the Weiss Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 8, 2013, copies of the foregoing Weiss Defendants' Motion to Dismiss or to Stay, Memorandum of Law in Support of Weiss Defendants' Motion to Dismiss or to Stay, and Declaration of Brett W. Bell (and the exhibits attached thereto) were filed electronically with the Court.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's system.

                s/ Robert S. Faxon
                Robert S. Faxon
                (Ohio Bar Registration No. 0059678)
                E-mail:  rfaxon@jonesday.com
                JONES DAY
                North Point
                901 Lakeside Avenue
                Cleveland, OH  44114-1190
                Telephone:   (216) 586-3939
                Facsimile:    (216) 579-0212

*One of the attorneys for the Weiss Defendants*