# EXHIBIT C

Print

# CASE INFORMATION

## CV-12-792421 DOLORES CARTER vs. ZEV WEISS ETAL

**Docket Information**

| Filing Date | Side | Type | Description | Image |
|---|---|---|---|---|
| 06/25/2013 | N/A | MO | IBEW LOCAL 98 PENSION FUND MOTION FOR COMMISSION TO ISSUE SUBPOENA FOR DEPOSTION UPON PETER J. SOLOMON COMPANY AMELIA J. LEONARD (0088875) | |
| 06/14/2013 | P | JE | PRELIMINARY INJUNCTIN: ... HEARING JULY 18, 2013 @ 1:30 P.M. MTN TO DISMISS ... HEARING JULY 11, 2013 @ 1:30 P.M. & EXERT ... OSJ NOTICE ISSUED | |
| 06/14/2013 | N/A | JE | HEARING SET FOR 07/11/2013 AT 01:30 PM. NOTICE ISSUED | |
| 06/13/2013 | P1 | AF | AFFIDAVIT OF BRETT W. BELL ..FILED. | |
| 06/13/2013 | D | OT | DEFENDANT(S) ZEV WEISS(D1), JEFFREY M. WEISS(D2) and MORRY WEISS(D3) LOCAL RULE 11(H) APPENDIX TO THE MEMORANDUM OF LAW IN SUPPORT OF THE WEISS DEFTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT. BRETT W. BELL 0089168 | |
| 06/13/2013 | D | OT | DEFENDANT(S) ZEV WEISS(D1), JEFFREY M. WEISS(D2) and MORRY WEISS(D3) MEMORANDUM OF LAW IN SUPPORT OF THE WEISS DEFTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT. BRETT W. BELL 0089168 | |
| 06/13/2013 | D | MO | DEFENDANT(S) WILLIAM E. MACDONALD(D4), SCOTT S. COWEN(D5), JEFFREY D. DUNN(D6), MICHAEL J. MERRIMAN(D7), CHARLES A. RATNER(D8) and JERRY SUE THORNTON(D9) MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT FELIX M. CZERNIN 0087485 | |
| 06/13/2013 | D | MO | DEFENDANT(S) ZEV WEISS(D1), JEFFREY M. WEISS(D2) and MORRY WEISS(D3) MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT BRETT W. BELL 0089168 | |
| 05/24/2013 | N/A | JE | PRE-TRIAL SET FOR 06/13/2013 AT 10:00 AM. NOTICE ISSUED | |
| 05/14/2013 | P | JE | CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER GOVERNING THE PRODUCTION, EXCHANGE, AND USE OF DISCOVERY MATERIAL IS HEREBY STIPULATED AND AGREED BY AND BETWEEN COUNSEL FOR THE PARTIES AND ORDERED BY THIE COURT. OSJ NOTICE ISSUED | |
| 05/10/2013 | D | OT | DEFENDANT(S) ZEV WEISS(D1), JEFFREY M. WEISS(D2) and MORRY WEISS(D3) STIPULATION FOR LEAVE TO PLEAD 30 DAYS UNTIL AND INCLUDING JUNE 13, 2013. ROBERT S FAXON 0059678 | |
| 05/02/2013 | P | JE | ORDER DIRECTING ISSUANCE OF COMMISSION IS HEREBY GRANTED. OSJ NOTICE ISSUED | |
| 04/22/2013 | N/A | MO | PLTF IBEW LOCAL 98 PENSION FUND MTN FOR COMMISSION TO ISSUE SUPOENA DUCES TEUCM UPON PETER J. SOLOMON COMPANY AMELIA J. LEONARD (0088875) | |
| 04/19/2013 | P1 | OT | KEYBANC CAPITAL MARKETS SERVED APRIL 18, 2013 UPON KRISTI BEDZYK. SEE PRIMARY CASE NO CV 792421 | |
| 04/19/2013 | P1 | SR | SUBPOENA FOR: KEYBANC CAPITAL MARKETS SERVED APRIL 18, 2013 UPON KRISTI BEDZYK. . | |
| 02/08/2013 | N/A | JE | NUNC PRO TUNC AS OF AND FOR JOURNAL ENTRY 2/5/2013: RANDALL J. BARON MOTION TO APPEAR PRO HAC VICE IS HEREBY GRANTED. NOTICE ISSUED | |
| 02/05/2013 | N/A | JE | ROBBINS GELLER, ATTORNEY FOR PLTF MTN FOR PERMISSION TO APPEAR PRO HAC VICE ... FILED, FILED 12/10/2012, IS GRANTED. NOTICE ISSUED | |

| Date | Party | Type | Description |
|---|---|---|---|
| 01/14/2013 | D5 | SR | CERTIFIED MAIL NUMBER 20417742 ADDRESSED TO SCOTT S. COWEN (D5) NOT RETURNED BY THE U.S. POSTAL SERVICE AFTER 60 DAYS. NOTICE MAILED TO PLAINTIFF(S) ATTORNEY. |
| 01/07/2013 | D10 | OT | D10 AMERICAN GREETINGS CORP NOTICE OF APPEARANCE. KAREN E. SWANSON HAAN 0082518 |
| 01/03/2013 | D | OT | DEFENDANT(S) ZEV WEISS(D1), JEFFREY M. WEISS(D2) and MORRY WEISS(D3) NOTICE OF APPERANCE ...... ADRIENNE M FERRARO 0076332 |
| 12/19/2012 | N/A | JE | AMENDED ORDER. O.S.J. NOTICE ISSUED |
| 12/17/2012 | D9 | SR | CERTIFIED MAIL RECEIPT NO. 20541754 RETURNED BY U.S. MAIL DEPARTMENT 12/17/2012 THORNTON/JERRY/SUE MAIL RECEIVED AT ADDRESS 12/13/2012 SIGNED BY OTHER. |
| 12/11/2012 | D9 | SR | SUMS COMPLAINT(20541754) SENT BY CERTIFIED MAIL. TO: JERRY SUE THORNTON 40 FAIRWAY TRAIL CHAGRIN FALLS, OH 44022-0000 |
| 12/10/2012 | N/A | JE | ORDER. O.S.J. NOTICE ISSUED |
| 12/05/2012 | D9 | CS | WRIT FEE |
| 12/04/2012 | D9 | SR | INSTRUCTION FOR SERVICE ON COMPLAINT VIA CERTIFIED MAIL TO JERRY SUE THORNTON FILED. |
| 11/28/2012 | P | OT | MOTION FOR PERMISSION TO APPEAR PRO HAC VICE ...............JOSHUA COHEN 0032368 |
| 11/16/2012 | N/A | OT | NOTICE OF APPEARANCE OF COUNSEL FOR PLTF. NEW YORK HOTEL TRADES COUNSEL AND HOTEL ASSOCIATION OF NEW YORK , INC. PENSION FUND. ROBERT J. ROTATORI (0003346), RICHARD L. STOPER JR. (0015208). |
| 11/16/2012 | N/A | CS | COURT REPORTER FEE |
| 11/15/2012 | N/A | SC | HEARING SET FOR 11/29/2012 AT 02:00 PM. (Notice Sent). |
| 11/14/2012 | N/A | MO | IBEW LOCAL 98 PENSION FUND'S MOTION FOR THE APPOINTMENT OF LEAD PLTFS BY NEW YORK HOTEL TRADES COUNSEL AND HOTEL ASSOCIATION OF NEW YORK CITY, INC. PENSION FUND PHILLIP A CIANO (0066134) |
| 11/13/2012 | D5 | SR | SUMS COMPLAINT(20417742) SENT BY CERTIFIED MAIL. TO: SCOTT S. COWEN 2 AUDUBON PLACE APT 801 NEW ORLEANS, LA 70118-0000 |
| 11/09/2012 | P | OT | PLTF'S DOLORES CARTER, MARK HASSETT AND HILLARY COYNES' OPPOSITION TO BREIF IN SUPPORT OF PLTF. NEW YORK HOTEL TRADES COUNCIL AND HOTEL ASSN., OF NEW YORK CITY, INC., PENSION FUND'S MOTION TO CONSOLIDATE AND APPOINT COLEAD COUNSEL AND IN OPPOSITIONO TO THE MOTIONS FOR APPOINTMENT OF LEAD COUNSEL OF PLTF. DOLORES CARTER, MARK HASSETT AND HILARY COYNE, AND PLTF. IBEW LOC. 98 PENSION FUND ..... JOSHUA R. COHEN 0032368 |
| 11/09/2012 | D5 | CS | WRIT FEE |
| 11/08/2012 | P | OT | PLTF'S CARTER, MARK HASSETT AND HILLARY COYNE'S RESPONSE TO PLTF. IBEW LOC. 98 PENSION FUND'S OPPOSITION TO CROSS-MOTION FOR APPOINTMENT OF LEAD STRUCTURE.... JSOHUA R. COHEN 0032368 |
| 11/08/2012 | P1 | MO | P1 DOLORES CARTER MOTION FOR LEAVE TO FILE INSTANTER THEIR RESPONSE TO PLTF IBEW LOCAL 98 PENSION FUND'S OPPOSITION TO CROSS MOTION FOR APPOINTMENT OF LEAD STRUCTURE JOSHUA R COHEN 0032368 |
| 11/08/2012 | D5 | SR | INSTRUCTION FOR SERVICE ON CLASS ACTION COMPLAINT SENT BY CERTIFIED MAIL TO SCOTT COWEN FILED. |
| 11/07/2012 | N/A | BR | PLTF'S BRIEF IN SUPPORT OF PLTF NEW YORK HOTEL TRADES COUNCIL AND HOTEL ASSOC.OF NEW YORK CITY, INC. PENSION FUND'S MOTION TO CONSOLIDATE AND APPOINT CO-LEAD COUNSEL AND IN OPPOSITION TO THE MOTIONS FOR APPOINTMENT OF PLTFS DOLORES CARTER, MARK ASSETT AND HILARY COYNE, AND PLTF IBEW LOCAL 98 PENSION FUND.. ROBERT J ROTATORI (0003346) |

| Date | Party | Type | Description |
|---|---|---|---|
| 11/06/2012 | D | OT | DEFENDANT(S) WILLIAM E. MACDONALD(D4), SCOTT S. COWEN(D5), JEFFREY D. DUNN(D6), MICHAEL J. MERRIMAN(D7), CHARLES A. RATNER(D8) and JERRY SUE THORNTON(D9) STIPULATED EXTENSION OF TIME 30 DAYS. JOSEPH RODGERS 0069783 |
| 11/05/2012 | N/A | OT | IBEW LOCAL UNION 98 OPPOSITION TO CROSS-MOTION FOR THE APPOINTMENT OF LEAD PLTFS. BY DOLORES CARTER, MARK HASSETT AND HILLARY COYNE. PHILLIP A CIANO 0066134 |
| 11/05/2012 | D8 | SR | CERTIFIED MAIL RECEIPT NO. 20203235 RETURNED 11/05/2012 FAILURE OF SERVICE ON DEFENDANT RATNER/CHARLES/A. - UNCLAIMED NOTICE MAILED TO PLAINTIFF(S) ATTORNEY |
| 11/05/2012 | D5 | SR | CERTIFIED MAIL RECEIPT NO. 20203232 RETURNED 11/05/2012 FAILURE OF SERVICE ON DEFENDANT COWEN/SCOTT/S. - UNCLAIMED NOTICE MAILED TO PLAINTIFF(S) ATTORNEY |
| 10/31/2012 | P1 | OT | PLTF IBEW LOCAL 98 PENSION FUND'S NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL. JEFFREY W GOLAN (004496) |
| 10/29/2012 | N/A | OT | PLTF, IBEW LOCAL UNION 98 NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PER CIV. R. 41(A)(1)(A). JEFFREY P HASTINGS (0052140) |
| 10/26/2012 | N/A | BR | PLTFS BRIEF IN SUPPORT OF CROSS MTN FOR CONSOLIDATION AND APPOINTMENT OF LEAD COUNSEL AND IN OPPOSITION TO PLTF IBEW LOCAL 98 PENSION FUND'S MTN FOR APPOINTMENT OF LEAD PLTF AND LEAD AND LIASION COUNSEL. JOSHUA R COHEN (0032368) |
| 10/26/2012 | P1 | MO | PLTFS DOLORES CARTER, MARK HASSETT AND HILLARY COYNE CROSS MTN FOR CONSOLIDATION AND APPOINTMENT OF LEAD COUNSEL AND IN OPPOSITION TO THE MTN OF IBEW LOCAL 98 PENSION FUND'S MTN FOR CONSOOIDATION OF RELATED ACTIONS AND APPOINTMENT OF LEAD PLF AND LEAD AND LIASON COUNSEL JOSHUA R COHEN (0032368) |
| 10/25/2012 | P1 | OT | NOTICE OF FILING VERIFIATION OF MRAK HASSETT...JOSHUA R. COHEN (0032368) |
| 10/24/2012 | D3 | SR | CERTIFIED MAIL RECEIPT NO. 20203230 RETURNED 10/24/2012 FAILURE OF SERVICE ON DEFENDANT WEISS/MORRY/ - NO REASON INDICATED NOTICE MAILED TO PLAINTIFF(S) ATTORNEY |
| 10/22/2012 | D4 | SR | CERTIFIED MAIL RECEIPT NO. 20203231 RETURNED 10/22/2012 FAILURE OF SERVICE ON DEFENDANT MACDONALD III/WILLIAM/E. - UNABLE TO FORWARD NOTICE MAILED TO PLAINTIFF(S) ATTORNEY |
| 10/22/2012 | N/A | MO | PLTF IBEW LOCAL 98 PENSION FUND'S MTN FOR CONSOLIDATION OF RELATED ACTIONS AND APPOINTMENT OF LEAD PLTF AND LEAD AND LIAISON PLTF'S COUNSEL AND MEMORANDUM OF LAW IN SUPPORT THEREOF PHILLIP A CIANO (0066134) (2 CD'S ATTACHED) |
| 10/16/2012 | P1 | MO | P1 DOLORES CARTER MOTION FOR CONSOLIDATION JOSHUA R COHEN 0032368 |
| 10/12/2012 | D7 | SR | CERTIFIED MAIL RECEIPT NO. 20203234 RETURNED BY U.S. MAIL DEPARTMENT 10/12/2012 MERRIMAN JR/MICHAEL/J. MAIL RECEIVED AT ADDRESS 10/11/2012 SIGNED BY OTHER. |
| 10/12/2012 | D2 | SR | CERTIFIED MAIL RECEIPT NO. 20203229 RETURNED BY U.S. MAIL DEPARTMENT 10/12/2012 WEISS/JEFFREY/M. MAIL RECEIVED AT ADDRESS 10/11/2012 SIGNED BY OTHER. |
| 10/12/2012 | D6 | SR | CERTIFIED MAIL RECEIPT NO. 20203233 RETURNED BY U.S. MAIL DEPARTMENT 10/12/2012 DUNN/JEFFREY/D. MAIL RECEIVED AT ADDRESS 10/09/2012 SIGNED BY OTHER. |
| 10/11/2012 | D9 | SR | CERTIFIED MAIL RECEIPT NO. 20203236 RETURNED BY U.S. MAIL DEPARTMENT 10/11/2012 THORNTON/JERRY/SUE MAIL RECEIVED AT ADDRESS 10/10/2012 SIGNED BY OTHER. |
| 10/11/2012 | D10 | SR | CERTIFIED MAIL RECEIPT NO. 20203237 RETURNED BY U.S. MAIL DEPARTMENT 10/10/2012 AMERICAN GREETINGS CORP MAIL RECEIVED AT ADDRESS 10/09/2012 SIGNED BY OTHER. |

| Date | Party | Type | Description |
|---|---|---|---|
| 10/10/2012 | D1 | SR | CERTIFIED MAIL RECEIPT NO. 20203228 RETURNED BY U.S. MAIL DEPARTMENT 10/09/2012 WEISS/ZEV/ MAIL RECEIVED AT ADDRESS 10/09/2012 SIGNED BY OTHER. |
| 10/05/2012 | D10 | SR | SUMS COMPLAINT(20203237) SENT BY CERTIFIED MAIL. TO: AMERICAN GREETINGS CORP ONE AMERICAN ROAD CLEVELAND, OH 44144-0000 |
| 10/05/2012 | D9 | SR | SUMS COMPLAINT(20203236) SENT BY CERTIFIED MAIL. TO: JERRY SUE THORNTON 40 FAIRWAY TRAIL CHAGRIN FALLS, OH 44022-0000 |
| 10/05/2012 | D8 | SR | SUMS COMPLAINT(20203235) SENT BY CERTIFIED MAIL. TO: CHARLES A. RATNER 16980 S PARK BOULEVARD CLEVELAND, OH 44120-0000 |
| 10/05/2012 | D7 | SR | SUMS COMPLAINT(20203234) SENT BY CERTIFIED MAIL. TO: MICHAEL J. MERRIMAN JR 16361 MISTY LAKE GLEN CHAGRIN FALLS, OH 44023-0000 |
| 10/05/2012 | D6 | SR | SUMS COMPLAINT(20203233) SENT BY CERTIFIED MAIL. TO: JEFFREY D. DUNN 65 COMMONWEALTH AVENUE 3A BOSTON, MA 02116-0000 |
| 10/05/2012 | D5 | SR | SUMS COMPLAINT(20203232) SENT BY CERTIFIED MAIL. TO: SCOTT S. COWEN 3330 WARRENSVILLE CENTER ROAD SHAKER HTS, OH 44122-0000 |
| 10/05/2012 | D4 | SR | SUMS COMPLAINT(20203231) SENT BY CERTIFIED MAIL. TO: WILLIAM E. MACDONALD III 2731 CHESTERTON ROAD SHAKER HTS, OH 44122-0000 |
| 10/05/2012 | D3 | SR | SUMS COMPLAINT(20203230) SENT BY CERTIFIED MAIL. TO: MORRY WEISS 4500 UNIVERSITY PARKWAY UNIVERSITY HTS, OH 44118-0000 |
| 10/05/2012 | D2 | SR | SUMS COMPLAINT(20203229) SENT BY CERTIFIED MAIL. TO: JEFFREY M. WEISS 23501 RANCH ROAD BEACHWOOD, OH 44122-0000 |
| 10/05/2012 | D1 | SR | SUMS COMPLAINT(20203228) SENT BY CERTIFIED MAIL. TO: ZEV WEISS 2420 BUCKHURST DRIVE BEACHWOOD, OH 44122-0000 |
| 10/03/2012 | P1 | OT | P1 DOLORES CARTER NOTICE OF FILING VERIFICATION OF DELORES CARTER. JOSHUA R COHEN 0032368 |
| 10/02/2012 | D10 | CS | WRIT FEE |
| 10/02/2012 | D9 | CS | WRIT FEE |
| 10/02/2012 | D8 | CS | WRIT FEE |
| 10/02/2012 | D7 | CS | WRIT FEE |
| 10/02/2012 | D6 | CS | WRIT FEE |
| 10/02/2012 | D5 | CS | WRIT FEE |
| 10/02/2012 | D4 | CS | WRIT FEE |
| 10/02/2012 | D3 | CS | WRIT FEE |
| 10/02/2012 | D2 | CS | WRIT FEE |
| 10/02/2012 | D1 | CS | WRIT FEE |
| 09/27/2012 | N/A | SF | JUDGE STUART A FRIEDMAN ASSIGNED (RANDOM); COMMERCIAL DOCKET CASE, REASSIGNED TO JUDGE RICHARD J MCMONAGLE (RANDOM) |
| 09/27/2012 | N/A | SF | JUDGE STUART A FRIEDMAN ASSIGNED (RANDOM) |
| 09/27/2012 | P1 | SF | ADDITIONAL DEPOSIT FOR SERVICE, OVER 10 DEFENDANTS $50 |
| 09/27/2012 | P1 | SF | LEGAL RESEARCH |
| 09/27/2012 | P1 | SF | LEGAL NEWS |
| 09/27/2012 | P1 | SF | LEGAL AID |
| 09/27/2012 | P1 | SF | COURT SPECIAL PROJECTS FUND |
| 09/27/2012 | P1 | SF | COMPUTER FEE |
| 09/27/2012 | P1 | SF | CLERK'S FEE |
| 09/27/2012 | P1 | SF | DEPOSIT AMOUNT PAID COHEN, ROSENTHAL & KRAMER |
| 09/27/2012 | P1 | SF | DEPOSIT AMOUNT PAID COHEN, ROSENTHAL & KRAMER |
| 09/27/2012 | N/A | SF | CASE FILED |
| 09/27/2012 | P1 | SR | COMPLAINT WITH JURY DEMAND FILED. SERVICE REQUEST - SUMMONS BY CERTIFIED MAIL TO THE DEFENDANT(S). |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.

For questions/comments please click here.
Copyright © 2013 PROWARE. All Rights Reserved. 1.0.60