UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| R. DAVID WOLFE, etc., | ) | CASE NO. 1:13CV859 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MORRY WEISS, et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

Before the Court is the parties' joint motion (Doc. No. 26) to defer briefing on defendants' motions to dismiss (Doc. Nos. 21, 23, 24 and 25) and to stay the action pending resolution of a state court settlement. For good cause shown, Doc. No. 26 is **GRANTED**.

It is ordered that all briefing on Doc. Nos. 21, 23, 24, and 25 is deferred. Further, the case is stayed until the earlier of a ruling on the proposed settlement in the state court action or the granting of any party's motion to lift the stay. Plaintiff shall file a consolidated opposition to defendants' motions to dismiss within thirty (30) days of any such ruling, should circumstances require.

Additionally, the Court may sua sponte lift the stay should the state court action become protracted.

**IT IS SO ORDERED**.

Dated: August 1, 2013

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**