IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| R. DAVID WOLFE, on behalf of himself and all others similarly situated and derivatively on behalf of nominal defendant American Greetings Corporation,<br><br>              Plaintiff,<br><br>  v.<br><br>MORRY WEISS, ZEV WEISS, JEFFREY WEISS, ELIE WEISS, GARY WEISS, JUDITH WEISS, SCOTT S. COWEN, JEFFREY D. DUNN, JERRY SUE THORNTON, WILLIAM E. MACDONALD, III, MICHAEL J. MERRIMAN, JR., CHARLES A. RATNER, IRVING I. STONE OVERSIGHT TRUST, IRVING STONE LIMITED LIABILITY COMPANY, IRVING I. STONE SUPPORT FOUNDATION, and IRVING I. STONE FOUNDATION,<br><br>              Defendants,<br><br>  and<br><br>AMERICAN GREETINGS CORPORATION,<br><br>              Nominal Defendant. | Case No. 1:13-cv-00859-SL |

**STIPULATION AND [PROPOSED] ORDER OF
<u>VOLUNTARY DISMISSAL OF ALL CLAIMS AGAINST ALL DEFENDANTS</u>**

Pursuant to Rules 23.1(c) and 41(a)(2) of the Federal Rules of Civil Procedure, plaintiff R. David Wolfe ("Plaintiff"), by and through his counsel, hereby stipulates to the voluntary dismissal of all claims alleged against all defendants, including defendants Morry Weiss, Zev Weiss, Jeffrey Weiss, Elie Weiss, Gary Weiss, Judith Weiss, Scott S. Cowen, Jeffrey D. Dunn,

Jerry Sue Thornton, William E. MacDonald, III, Michael J. Merriman, Jr., Charles A. Ratner, Irving I. Stone Oversight Trust, Irving Stone Limited Liability Company, Irving I. Stone Support Foundation, and Irving I. Stone Foundation, and Nominal Defendant American Greetings Corporation (collectively "Defendants," and with Plaintiff, the "Parties"), each Party to bear his, her, or its own costs and expenses.

In support of this Stipulation, the Parties state as follows:

1. Plaintiff filed a Verified Derivative and Class Action Complaint with this Court on April 17, 2013.

2. On April 17, 2013, Nominal Defendant American Greetings Corporation filed with the United States Securities and Exchange Commission a preliminary proxy statement on form PREM14A (the "Preliminary Proxy").

3. On April 29, 2013, Plaintiff filed a Verified Amended Derivative and Class Action Complaint with this Court (the "Amended Complaint"), including additional allegations based on the information disclosed in the Preliminary Proxy.

4. Defendants filed motions to dismiss the Amended Complaint on July 8, 2013 and July 12, 2013.

5. On July 19, 2013, the parties in the parallel action captioned *In re American Greetings Corp. Shareholder Litigation*, Lead Case No. CV-12-792421, pending in the Court of Common Pleas in Cuyahoga County, Ohio (the "State Action"), announced that they had entered into a Memorandum of Understanding ("MOU") in which they agreed on the terms of a settlement of the State Action.

6. On July 31, 2013, the Parties in the captioned action moved to defer briefing on Defendants' motions to dismiss and stay the action pending resolution of the State Action settlement.

7. On August 1, 2013, the Court entered an order that, among other things, stayed this action pending resolution of the settlement of the State Action.

8. On August 7, 2013, pursuant to the terms of the MOU, the parties in the State Action entered into a Stipulation of Settlement, which was filed with the State Court.

9. On September 15, 2013, the State Court entered an order that, among other things, preliminarily approved the Settlement and directed notice to class members.

10. Notice of the proposed Settlement was provided to members of the class on or about September 13, 2013, pursuant to the State Court's order.

11. On December 2, 2013, the State Court held a hearing to determine if the Settlement was fair, reasonable, adequate, and in the best interests of the settlement class.

12. On December 12, 2013, the State Court entered an order that, among other things, approved the settlement and dismissed with prejudice all claims that were or could have been asserted in the State Action or the captioned action. A copy of the State Court's order is attached hereto.

For the reasons set forth above, and good cause shown, IT IS HEREBY ORDERED that the Action is dismissed as to all Defendants with prejudice, each Party to bear his, her, or its own costs and expenses, including attorneys' fees, in connection with the Action.

| | |
|---|---|
| DATED: December 20, 2013 | Respectfully submitted, |
| | HERMANN, CAHN & SCHNEIDER LLP |
| Of Counsel: | |
| | s/Hugh D. Berkson |
| Lee Rudy | Hugh D. Berkson (0063997) |
| Michael Wagner | Jeffrey S. Moeller (0074512) |
| J. Daniel Albert | Anthony J. Hartman (0021226) |
| J. Quinn Kerrigan | 1301 East Ninth Street, Suite 500 |
| KESSLER TOPAZ MELTZER & CHECK LLP | Cleveland, Ohio 44114 |
| | Tel: (216) 781-5515 |
| 280 King of Prussia Road | Fax: (216) 781-1030 |
| Radnor, PA 19087 | hberkson@hcsattys.com |
| Tel: (610) 667-7706 | jmoeller@hcsattys.com |
| Fax: (610) 667-7056 | ahartman@hcsattys.com |
| | |
| Michael M. Goldberg | *Attorneys for Plaintiff* |
| Louis Boyarsky | |
| GLANCY BINKOW & GOLDBERG LLP | |
| 1925 Century Park East | |
| Suite 2100 | |
| Los Angeles, CA 90067 | |
| Tel: (310) 201-9150 | |
| Fax: (310) 201-9160 | |
| | |
| Howard G. Smith | |
| LAW OFFICES OF HOWARD G. SMITH | |
| 3070 Bristol Pike, Suite 112 | |
| Bensalem, PA 19020 | |
| Tel: (215) 638-4847 | |
| Fax: (215) 638-4867 | |
| | |
| | SQUIRE SANDERS (US) LLP |
| | |
| | s/Joseph C. Weinstein |
| | Joseph C. Weinstein (0023504) |
| | joe.weinstein@squiresanders.com |
| | F. Maximilian Czernin (0087485) |
| | max.czernin@squiresanders.com |
| | 4900 Key Tower |
| | 127 Public Square |
| | Cleveland, Ohio 44114-1304 |
| | Tel: (216) 479-8500 |
| | Fax: (216) 479-8780 |

-5-

*Attorneys for Defendants Scott S. Cowen, Jeffrey D. Dunn, William E. MacDonald, III, Michael J. Merriman, Jr., Charles A. Ratner and Jerry Sue Thornton*

JONES DAY

s/Adrienne Ferraro Mueller_____
Robert S. Faxon (0059678)
rfaxon@jonesday.com
Adrienne Ferraro Mueller (0076332)
afmueller@jonesday.com
Brett W. Bell (0089168)
bbell@jonesday.com
901 Lakeside Avenue
Cleveland, OH 44114-1190
Tel: (216) 586-3939
Fax: (216) 579-0212

*Attorneys for Defendants Elie Weiss, Gary Weiss, Jeffrey Weiss, Judith Weiss, Morry Weiss, Zev Weiss, Irving I. Stone Limited Liability Company, Irving I. Stone Oversight Trust, and Irving I. Stone Foundation*

BAKER & HOSTETLER LLP

s/John D. Parker_____
John D. Parker (0025770)
jparker@bakerlaw.com
Michael J. Montgomery (0070922)
mmontgomery@bakerlaw.com
Kenneth G. Prabucki (0086889)
kprabucki@bakerlaw.com
3200 National City Center
1900 East Ninth Street
Cleveland, Ohio 44114-3485
Tel: (216) 621-0200
Fax: (216) 696-0740

*Attorneys for Defendant American Greetings Corporation*

        HAHN LOESER & PARKS LLP

        s/Dennis R. Rose
        Dennis R. Rose (0039416)
        drrose@hahnlaw.com
        200 Public Square, Suite 2800
        Cleveland, Ohio 44114-2316
        Tel: (216) 621-0150
        Fax: (216) 241-2824

        *Attorneys for Defendant Irving I. Stone Support Foundation*

**IT IS SO ORDERED.**

Dated: _____, 2013

        _____
        Judge  Sara Lioi
        United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2013, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

        s/Hugh D. Berkson
        Hugh D. Berkson (0063997)
        1301 East Ninth Street, Suite 500
        Cleveland, Ohio 44114
        Tel: (216) 781-5515
        Fax: (216) 781-1030
        hberkson@hcsattys.com
        jmoeller@hcsattys.com
        ahartman@hcsattys.com

*One of the Attorneys for Plaintiff*